UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLARD E. BARTEL,
as personal representative
of the ESTATE OF
HAROLD E. BRUNO, JR.

CIVIL ACTION

NO. 14-292-JJB-RLB

VERSUS

CENTRAL GULF LINES, INC., ET AL

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 1, 2014 (doc. no. 11) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion to Remand is GRANTED and this matter is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this ____ day of October, 2014.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE